UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>ROBERT AYER )<br> ) | Criminal Case No. 1:21-cr-44-JD-01 |

# INDICTMENT

**The Grand Jury charges:**

### COUNT ONE
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance]**

On or about December 8, 2020, in the District of New Hampshire, the defendant,

**ROBERT AYER,**

knowingly and intentionally possessed with intent to distribute a controlled substance, specifically, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

Dated: March 22, 2021

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

John J. Farley
Acting United States Attorney

By:   /s/ Joachim H. Barth
Joachim H. Barth
Assistant U.S. Attorney