UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Cr. No. 21-cr-44-JL |
| ] | |
| ROBERT AYER ] | |

## DEFENDANT'S SENTENCING MEMORANDUM

The defendant, Robert Ayer, through counsel, Dorothy E. Graham, Assistant Federal Public Defender, files this memorandum respectfully requesting that the Court sentence Mr. Ayer to time served and one year of supervised release.

### Procedural History

On March 22, 2021, Mr. Ayer was named in a one-count Indictment, charging Possession with Intent to Distribute a Controlled Substance (Methamphetamine). On March 11, 2022, Mr. Ayer pled guilty to Count One of the Indictment. He was accepted into the LASER Docket Program on July 27, 2022 and completed the program on February 14, 2024.

### Guideline Sentencing Range

Based on a total offense level of 19 and a criminal history category III, the guideline imprisonment range is 37 months to 46 months.

### Relevant Factors

Since his arrest, Mr. Ayer began a long journey of recovery. Throughout the LASER Docket Program, Mr. Ayer has made sobriety his priority. He worked diligently to earn back the trust of his ex-wife so he could co-parent their children. In doing so, he has been a stable and supportive parent, providing care and attention to his children. Because of his continued

1

sobriety, he has been able to obtain and sustain dependable employment. This has allowed him the opportunity to provide for his family, including the ability to enjoy vacations with his children. He also learned important tools to deal with stressful situations that developed during his time in LASER; for example, learning of an additional child or learning of his partner's drug use. Mr. Ayer worked through these various issues with his sponsor and counselors and avoided relapse. In short, Mr. Ayer made significant strides and demonstrated his commitment to rehabilitation.

## Conclusion

The paramount directive in 18 U.S.C. §3553(a) is that the Court must impose a sentence that is "sufficient, but not greater than necessary," to achieve the purposes of the sentencing statute. 18 U.S.C. §3553(a). Mr. Ayer respectfully asks the Court to consider his behavior in LASER and his commitment to rehabilitation. After considering all the relevant factors, Mr. Ayer requests the Court to sentence him to time served and one year of supervised release.

No separate memorandum of law is filed as all points and authorities are contained herein.

Respectfully submitted,
ROBERT AYER
By His Attorney,

Date: April 24, 2024

/s/ *Dorothy E. Graham*
Dorothy E. Graham
N.H. Bar No. 11292
Assistant Federal Defender
Federal Defender Office
22 Bridge Street
Concord, NH 03301
Tel. (603) 226-7360
E-mail: dorothy_graham@fd.org

## **CERTIFICATE OF SERVICE**

I, Dorothy E. Graham, hereby certify that a true copy of the above document was served to counsel of record via ECF on April 24, 2024.

                                           */s/ Dorothy E. Graham*
                                           Dorothy E. Graham
                                           N.H. Bar No. 11292
                                           Assistant Federal Defender
                                           Federal Defender Office
                                           22 Bridge Street
                                           Concord, NH 03301
                                           Tel. (603) 226-7360
                                           E-mail: dorothy_graham@fd.org